IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| DENNIS ENLOE, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 2:20-cv-04107-MDH |
| ROY BLUNT, U.S. Senator for Missouri, | ) ) ) |
| Defendant. | ) ) |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Before the Court is the Plaintiff's Notice of Dismissal (Doc. 5), and pursuant to FRCP 41(a)(1)(A)(i), gives notice of voluntary dismissal of this action prior to the opposing party serving either an answer or motion for summary judgment.

WHEREFORE, the Court hereby dismisses this action without prejudice.

**IT IS SO ORDERED.**

DATED: August 10, 2020

                                                                                         */s/ Douglas Harpool*
                                                                                         **DOUGLAS HARPOOL**
                                                                                         **UNITED STATES DISTRICT JUDGE**